**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 1:26-cv-00249-TDS-JEP**

| | | |
|---|---|---|
| **PLAYA BOWLS, LLC and PLAYA BOWLS IP LLC,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**PALM BERRIES LLC,**<br><br>**Defendant.** | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Playa Bowls, LLC and Playa Bowls IP LLC (collectively, "Playa Bowls") and Defendant Palm Berries LLC ("Palm Berries") hereby file this Stipulation of Dismissal With Prejudice.

Playa Bowls and Palm Berries have entered into a settlement agreement resolving the underlying issues in the above captioned case. Accordingly, the Parties jointly stipulate to the dismissal of all of Playa Bowls' claims against Palm Berries in this matter. The Parties further jointly stipulate and agree that the dismissal of Playa Bowls' claims shall be with prejudice.

This the 2nd day of October, 2026.


/s/ Amy E. LaValle
Amy E. LaValle
(admitted by Special Appearance)
Texas State Bar No. 24040529
FBT GIBBONS LLP
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
Telephone: (214) 580-5854
Facsimile: (214) 545-3473
alavalle@fbtgibbons.com

Allison Mullins
N.C. State Bar No. 23430
L. Cooper Harrell
N.C. State Bar No. 27875
TURNING POINT LITIGATION/
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 North Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: 336-645-3320
Facsimile: 336-645-3330
amullins@turningpointlit.com
charrell@turningpointlit.com

*Attorneys for Plaintiffs*
*Playa Bowls, LLC and*
*Playa Bowls IP LLC*

/s/ Carmelle F. Alipio
Richard T. Matthews
N.C. State Bar No. 32718
Carmelle F. Alipio
N.C. State Bar No. 54738
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300
rmatthews@williamsmullen.com
calipio@williamsmullen.com

*Attorneys for Defendant*
*Palm Berries LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will provide notice of filing to counsel of record.

This the 2nd day of October, 2026.

/s/ Amy E. LaValle